1 STEPHEN A. SCOTT (SBN 67467)
sscott@hayesscott.com
2 M. COLLEEN RYAN (SBN 258359)
cryan@hayesscott.com
3 HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
4 Redwood City, CA  94065
Telephone:     650.637.9100
5 Facsimile:     650.637.8071

6
Attorneys for Defendants
7 Servicing Solutions, LLC,

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STROUD,<br><br>Plaintiff,<br><br>v.<br><br>SERVICING SOLUTIONS, LLC,<br><br>Defendant. | Case No. 3:10-cv-00342-SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-2)**<br><br>Complaint served:       February 23, 2010<br>Current response date:  March 16, 2010<br>New response date:      March 29, 2010 |

Pursuant to the United States District Court, Northern District Local Rule 6-2, the parties, through their counsel, do hereby stipulate and agree that the deadline in which defendant SERVICING SOLUTIONS, LLC, may file its response to the Complaint filed by plaintiff JAMES STROUD is extended to March 29, 2010.

The extension is requested on the grounds that defendant's counsel just received the file and would like to explore resolution with plaintiff's counsel before incurring the expense of a response.

For the foregoing reasons, the parties hereby stipulate and agree to a four-week extension.

WE SO STIPULATE.

///

///

///

250409

1  Dated: March 18, 2010          HAYES SCOTT BONINO
                                  ELLINGSON & McLAY, LLP
2

3
                                  By /S/ STEPHEN A. SCOTT
4                                     Stephen A. Scott
                                      M. Colleen Ryan
5                                     Attorneys for Defendant
                                      RECEIVABLES PERFORMANCE
6                                     MANAGEMENT, LLC

7  Dated: March 18, 2010          LAW OFFICES OF TODD M. FRIEDMAN
8

9
                                  By /s/ Todd M. Friedman
10                                    Todd M. Friedman
                                      Attorney for Plaintiff
11                                    KAREN PINSON

*IT IS SO ORDERED*
*[Signature] Judge Samuel Conti*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

250409                            -2-

**STIPULATION TO EXTEND TIME TO RESPOND**
**3:10-cv-00342-SC**